IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL LYON, ) | |
| ) | Civil Action No. 14-934 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **FILED** |
| TRANS UNION, LLC, EQUIFAX ) | SEP - 5 2014 |
| INFORMATION SERVICES, LLC, ) | |
| and AMERICAN EXPRESS ) | MICHAEL E. KUNZ, Clerk |
| COMPANY ) | By_____Dep. Clerk |
| ) | |
| Defendants. ) | |
| ) | |

[PROSOPED] ORDER GRANTING CONSENT MOTION TO
EXTEND TIME TO RESPOND TO COMPLAINT

Based upon the agreement, as represented in the Consent Motion to Extend Time to Respond to

Complaint, between and among Plaintiff, Michael Lyon ("Plaintiff"), and Defendant American Express

Company, that the deadline for the Defendant to respond to the Complaint be extended to and including

September 19, 2014, and for good cause shown, it is this 5th day of September , 2014 hereby

ORDERED, that the Defendants' responsive pleading to Plaintiff's Complaint shall be filed on

or before September 19, 2014.

THE HONORABLE JUDGE DALZELL