**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA

```
STEWART   DALZELL                         15613 United States Courthouse
JUDGE                                     Independence Mall West
                                          Philadelphia, Pennsylvania 19106
                                                 267-299-7399
```

October 6, 2014

Copies Emailed to:
Breanne J. Strubinger, Esq.
Casey Green, Esq.
Gregory J. Gorski, Esq.
Michael John Alivernini, Esq.

      Re:  C.A. No. 14-934, Lyon v. Trans Union, LLC, et al.

Dear Counsel:

      Judge Dalzell has set the referenced case for a Rule 16 conference at  2:00 p.m. on  Tuesday, October 14, 2014 ,  in his chambers **(Room 15613).**

      As you will see from the Scheduling Policy Statement, Judge Dalzell allots between ten and twenty minutes for these conferences.  You should review the Scheduling Policy Statement before completing the "Conference Information Report" enclosed with this letter.  You should bring the Conference Information Report with you to the Rule 16 conference.

      At the close of the conference, you will receive an Order from Judge Dalzell that will list firm dates for the completion of discovery, other pretrial submissions and trial that will be set at the conference.

                                        Very truly yours,

                                        S/Eileen Adler

                                        Eileen Adler
                                        Courtroom Deputy

ec
Enc.