[Please bring completed form to the conference.  Do not mail.]

**RULE 16 CONFERENCE INFORMATION REPORT**

Civil Action No. _____
    Jury trial _____                Nonjury trial _____
    Arbitration _____     Service of process made _____
                                                                    (date)
(Caption)

_____ v. _____

       Trial counsel  _____

       Representing   _____

       Law Firm       _____

       Address        _____

                        _____

Telephone _____  Fax _____  Email _____

- Are there threshold motions? _____
                                     (identify motion(s))

- When will discovery be completed? _____
                                  (date)

- Will motion for summary judgment be filed? _____
                                                 (yes or no)

- Ready for trial by? _____
                      (date)

- Has settlement been discussed? _____ If not, why not?
                                (yes or no)

- Future settlement conference requested _____
                                           (yes or no)

- Novel issues or special problems? _____ Describe overleaf.
                                      (yes or no)

Trial time estimates
       -     Time to present your case _____

       -     Time for entire trial     _____

Date: _____              _____
                                                     Signature of counsel

                                                     _____
                                                     Typed or printed name