IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **MICHAEL LYON,** | ) |
|  | ) |
|  | ) **Civil Action No. 14-0934** |
| **Plaintiff,** | ) |
|  | ) |
| **v.** | ) |
|  | ) |
| **TRANS UNION, LLC, at al.,** | ) |
|  | ) |
| **Defendants.** | ) |
|  | ) |

**NOTICE OF WITHDRAWAL**

TO THE CLERK OF COURT:

Kindly withdraw my appearance in the above matter for the Plaintiff.

            Respectfully Submitted,

            **FRANCIS & MAILMAN, P.C.**

      BY:  */s/ Mark Mailman*
           MARK MAILMAN, ESQUIRE
           Land Title Building, 19th Floor
           100 South Broad Street
           Philadelphia, PA 19110
           (215) 735-8600

           Attorneys for Plaintiff

Dated: September 10, 2015